NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


SANFORD BENJAMIN GLOSTER,                )
                                         )
          Appellant,                     )
                                         )
v.                                       )        Case No.  2D18-4006
                                         )
STATE OF FLORIDA,                        )
                                         )
          Appellee.                      )
_____)

Opinion filed August 2, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

Sanford Benjamin Gloster, pro se.


PER CURIAM.

          Affirmed.


SILBERMAN, BLACK, and ATKINSON, JJ., Concur.